
FILED

FEB 17 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

HELENA DIVISION

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY, an Illinois corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN SANDROCK, a Montana resident,<br><br>Defendant. | No. CV-16-116-H-SEH<br><br>ORDER |

Katelyn J. Hepburn, Esq. was employed as a law clerk with this Court from September 9, 2015, to August 26, 2016.

The Court has consistently followed the policy that a period of two years should elapse as a reasonable period between a lawyer's termination of work as a law clerk and his or her appearance as counsel of record for a party litigant.

ORDERED:

Ms. Hepburn should withdraw her appearance as counsel for Plaintiff until no earlier than August 27, 2018.

DATED this 17th day of February, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge