

FILED

MAR 01 2017

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN SANDROCK, a Montana Resident,<br><br>Defendant. | No. CV-16-116-H-SEH<br><br>**ORDER** |

Plaintiff Contractors Bonding and Insurance Company ("CBIC") has moved for the admission of Lawrence Gottlieb, Esq. ("Gottlieb"), of Betts, Patterson & Mines, PC, Seattle, Washington, to practice before this Court in this case with Robert J. Phillips, Esq. and Emma L. Mediak, Esq., of Garlington, Lohn & Robinson, PLLP, Missoula, Montana, to act as local counsel. Gottlieb's

application appears to be in compliance with L.R. 83.1(d).

ORDERED:

CBIC's Motion for Admission Pro Hac Vice (Lawrence Gottlieb)[1] is GRANTED, subject to the following conditions:

1. Local counsel must serve as either lead or co-lead counsel;

2. Either Jeremy R. Schulze, Esq. or Gottlieb, but not both, may act as co-lead counsel with Robert J. Phillips, Esq. and Emma L. Mediak, Esq.;

3. Gottlieb must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed.

Admission is personal to Gottlieb; it is not an admission of Betts, Patterson & Mines, PC.

IT IS FURTHER ORDERED:

This Order will be withdrawn unless Gottlieb, within 15 days from

---

[1] Doc. 13.

the date of this Order, files an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 1st day of March, 2017.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge