# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>  Plaintiff,<br><br>vs.<br><br>BRYAN SANDROCK, a Montana Resident,<br><br>  Defendant. | No. CV-16-116-H-SEH<br><br>**ORDER** |

On March 21, 2017, the Court set a preliminary pretrial conference for May 17, 2017.[1] The March 21, 2017, Order requires each party to file a preliminary pretrial statement, addressing with strict compliance, each matter listed in Fed. R. Civ. P. 26(a)(1)(A)(i) and (ii) and L.R. 16.2(b)(1).[2] The preliminary pretrial statements filed on May 8, 2017, fail to comply with the Court's March 21, 2017, Order.

---

[1] Doc. 20.

[2] Doc. 20 at 3.

Deficiencies in the May 8, 2017, preliminary pretrial statements include:

1. Plaintiff's Preliminary Pretrial Statement[3] does not address the matters listed in Fed. R. Civ. P. 26(a)(1)(A)(ii) and required by the Court's March 21, 2017, Order.

2. Defendant's Preliminary Pretrial Statement[4] does not include a summary of information known or believed to be known by each individual that may be used in proving or denying any party's claims or defenses as required under L.R. 16.2(b)(1)(J) and by the Court's March 21, 2017, Order.

ORDERED:

Necessary and appropriate revisions to the preliminary pretrial statements to address the deficiencies outlined in paragraphs 1 and 2 above shall be filed on or before May 15, 2017.

DATED this 9th day of May, 2017.

SAM E. HADDON
United States District Judge

---

[3] Doc. 24.

[4] Doc. 21.