# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### HELENA DIVISION

**FILED**

NOV 2 2 2017

Clerk, U.S. District Court
District Of Montana
Helena

|  |  |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY, | No. CV-16-116-H-SEH |
| Plaintiff, | |
| vs. | **ORDER** |
| BRYAN SANDROCK, a Montana Resident, | |
| Defendant. | |

On November 7, 2017, Plaintiff filed a Motion for Judicial Notice[1] and an

accompanying Brief in Support of Motion for Judicial Notice.[2] The motion and

brief referenced a copy of Bryan Sandrock's "Opening Brief filed in the Montana

Supreme Court in the matter of *DeTienne v. Sandrock*, No. DA-16-0649, on

---

[1] Doc. 33.

[2] Doc. 34.

February 8, 2017."[3] This document was not attached to the brief.

ORDERED:

The Motion for Judicial Notice[4] is DENIED. Plaintiff is directed to re-file the motion with the appropriate exhibit.

DATED this _22nd_ day of November, 2017.

SAM E. HADDON
United States District Judge

---

[3] Doc. 34 at 2.

[4] Doc. 33.