# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# HELENA DIVISION

FILED
JAN 24 2018
Clerk, U.S. District Court
District Of Montana
Helena

| | |
|---|---|
| CONTRACTORS BONDING AND INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>BRYAN SANDROCK, a Montana Resident,<br><br>Defendant. | No. CV-16-116-H-SEH<br><br>ORDER |

On November 7, 2017, Plaintiff's filed CBIC's Motion for Summary Judgment on Late Notice,[1] CBIC's Brief in Support of Motion for Summary Judgment on Late Notice[2] and Plaintiff's Statement of Undisputed Facts.[3] Defendant Bryan Sandrock filed Defendant's Answer Brief in Opposition to

---

[1] Doc. 30.

[2] Doc. 31

[3] Doc. 32.

Motion for Summary Judgment[4] on November 22, 2017. No Statement of Disputed Facts was filed by Defendant as required by L.R. 56.1(b).

L.R. 56.1(d) states "[f]ailure to file a Statement of Disputed Facts will be deemed an admission that no material facts are in dispute."

ORDERED:

Defendant's failure to file a Statement of Disputed Facts is "deemed an admission that no material facts are in dispute."

DATED this 24th day of January 2018.

*[signature: Sam E. Haddon]*

SAM E. HADDON
United States District Judge

---

[4] Doc. 36.